FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 31 P 3: 03

CLERK'S OFFICE
AT BALTIMORE

BY DARLENE BARKER DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 2, 2002

DARLENE BARKER                    *

    Plaintiff                    *

v.                                *       CIVIL ACTION NO.:
                                          MJG 02 CV 680

AMERIX CORPORATION                *

    Defendant                    *

**************************************************************************

### WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 101.2, please withdraw the appearance of Lynn Edwards Brenneman, Esq., and HODES, ULMAN, PESSIN & KATZ, P.A., on behalf of the Defendant, Amerix Corporation in the above-captioned matter. The appearance of other counsel has been entered by John J. Hathway, Esq., Valerie L. Tetro, Esq., and WHITEFORD, TAYLOR & PRESTON, LLP.

                                                  Respectfully submitted,

                                                  /s/ Lynn Edwards Brenneman
                                                  Lynn Edwards Brenneman
                                                  Federal Bar No. 11872
                                                  HODES, ULMAN, PESSIN & KATZ, P.A.
                                                  901 Dulaney Valley Road, Suite 400
                                                  Towson, Maryland  21204
                                                  Tele: (410) 938-8800
                                                  Facsimile: (410) 938-8909

Approved this 31st day of May, 2002.

/s/ Marvin J. Garbis
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF MAILING

I hereby certify that on this 28 day of May, 2002, a copy of the foregoing Withdrawal of Appearance was mailed, first-class, postage prepaid to: Joseph P. Espo, Esquire, BROWN, GOLDSTEIN & LEVY, LLP, 120 East Baltimore Street, Suite 1700, Baltimore, Maryland 21202, attorneys for Plaintiff, and to John J. Hathway, Esquire, Valerie L. Tetro, Esquire, and WHITEFORD, TAYLOR & PRESTON, LLP, 1025 Connecticut Avenue, Suite 400, Washington, D.C. 20036-5405.

_____
Lynn Edwards Brenneman

2