IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARLENE BARKER | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-02-680 |
| AMERIX CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### ORDER RESCINDING SCHEDULING ORDER

It appears that the parties wish expeditiously to proceed before a Magistrate Judge to seek to reach a settlement. It further appears that the parties agree to a brief, but not lengthy, suspension of actions in the case during the settlement process.

Accordingly:

1. The Scheduling Order is hereby RESCINDED.

2. The parties shall proceed, expeditiously, with efforts to reach a settlement.

3. At such time, if ever, that the Court is advised that settlement efforts have been unsuccessful, the Court will issue a new Scheduling Order.

4. The Court shall advise the Magistrate Judge of the parties' desire for reasonably expeditious treatment.

So ORDERED this 15th day of July, 2002

_____
Marvin J. Garbis
United States District Judge